THE PEOPLE OF THE STATE OF NEW YORK ex rel. LUCY D. KITT-
REDGE and Others, Respondents, v. JOHN MABIE, 2d, and Others,
Appellants.

*Application of section 28 of title 8 of chapter 291 of the Laws of 1870.*

The provisions of section 28 of title 8 of chapter 291 of the Laws of 1870 apply
only to villages created thereunder. (BARNARD, P. J., dissenting.)

APPEAL by the defendants, John Mabie, 2d, and others, as assessors
of the village of Peekskill, from a judgment order of the Supreme
Court in favor of the plaintiffs, entered in the office of the clerk of
the county of Westchester on the 10th day of July, 1893, upon a
decision of the court rendered at the Orange County Special Term,
directing that assessments on property of the relators be stricken from
the tax roll.

*Leverett F. Crumb* and *Edward Wells*, for the appellants.

*Cyrus Wm. Horton, George F. Canfield* and *Franklin Couch*,
for the respondents.

PRATT, J.:

Section 28 of title 8 of chapter 291, Laws of 1870, provides in terms
that its provisions shall only apply to villages incorporated under it.

The fact that the Legislature in 1873 and again in 1883 passed
special acts concerning the village of Peekskill shows that it was not
then supposed that the board of supervisors had the powers now
claimed. The act of 1884 gives no such powers.

The order of Special Term must be affirmed, with costs.

DYKMAN, J., concurred.

BARNARD, P. J. (dissenting):

The village of Peekskill was incorporated by special act. No
right was given by its charter to increase its territory. (Chap. 117,
Laws of 1883.)

The general act for the incorporation of villages was only appli-
cable to villages incorporated under its provisions. The boards of
supervisors had the power to extend village limits in such villages
as were incorporated under the general act. By chapter 308, Laws

of 1884, all villages created by special charter were clothed with all powers prescribed by the general act for the incorporation of villages within this State, except where the special charter is in conflict with the general law. This section gave the trustees of Peekskill village power to petition for an increase of territory, and the power given to the supervisors to extend or diminish territories in villages under the general law was carried to villages created by special charter through the enactment of 1884. The village limits were, therefore, properly extended, and the order directing the assessors to vacate the assessment of relators' property should be reversed and the writ of certiorari dismissed, with costs.

Order vacating assessment affirmed, with costs.